UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
Lufkin _____ DIVISION

BETTY J. DANIELS
106 Mistywood Circle
LUFKIN, TX. 75904
Name of Plaintiff(s)

Case Number: 9:21cv31 RC/KFG

vs

ATTN: KENAN SMITH / EEO SPECIALIST
GEORGIA PACIFIC CORPORATION
EQUAL OPPORTUNITY + HR COMPLIANCE
133 PEACHTREE STREET NE, 14TH FLOOR
Name of Defendant(s)   ATLANTA, GA 30303

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB 24 2021
BY DEPUTY _____

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2.. Plaintiff, BETTY J. DANIELS , is a citizen of the United States
   (name of plaintiff)

   and resides at 106 Mistywood Circle , LUFKIN ,
                  (street address)                              (city)

   ANGELINA , TEXAS , 75904 , 936-707-2461
   (county)    (state)    (zip)    (telephone)

3. Defendant, **GEORGIA PACIFIC CORPORATION**, resides at, or its business is
   (name of defendant)

   located at **133 PEACHTREE Street Ne 14ᵗʰ**, **ATLANTA**,
   (street address)                                (city)

   **FULTON**, **GEORGIA**, **30303**  **1-800-700-3365**.
   (county)    (state)     (zip)     (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant

   at **20125 FM 942**, **CAMDEN**,
      (street address)                          (city)

   **POLK**, **TEXAS**, **75934**.
   (county)   (state)   (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

   of the complaint on or about **09 23 2019**.
                                (month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about **02 09 2020**.
   (month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on **02 10 2021**.
   (month day, year)

8. Because of plaintiff's (1) ✓ race, (2) ✓ color, (3) ✓ sex, (4) ✓ national origin, defendant:

   a. _____ failed to employ plaintiff.

   b. _____ terminated plaintiff's employment.

   c. _____ failed to promote plaintiff.

   d. _____ Other _____

   _____

   _____

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

   DEFENDANT DISCRIMINATED AGAINST THE PLAINTIFF BY RACE NOT TREATING THE PLAINTIFF FAIRLY JOB PROMOTION, DISCIPLINE ACTION (BY DEMOTING THE PLAINTIFF). UNFAIR TREATMENT DUE TO HOW MANAGEMENT (HR MANAGER, PLANT & OPEATIONAL MANAGER CONVERSE WITH THE PLAINTIFF DIS-RESPECTFULLY).

10. The acts set forth in paragraph 9 of this complaint:

   a. ✓ are still being committed by defendant.

   b. _____ are no longer being committed by defendant.

   c. _____ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   a. ✓ Defendant be directed to employ plaintiff.

   b. _____ Defendant be directed to re-employ plaintiff.

   c. _____ Defendant be directed to promote plaintiff.

   d. _____ Defendant be directed to _____ and that the

Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Betty Daniels<br>106 Misty Wood Circle<br>Lufkin, TX 75904 | From: | San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 31C-2020-00798 | Jaime Valdez,<br>State & Local Coordinator | (210) 640-7548 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)     Travis G. Hicks, Director     02/10/2021 *(Date Mailed)*

cc:    **GEORGIA-PACIFIC CORPORATION**
EQUAL OPPORTUNITY & HR COMPLIANCE
Attn: Kenan Smith/EEO Specialist
133 Peachtree Street Ne, 14th Floor
Atlanta, GA 30303