**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| BETTY JEAN DANIELS, § | |
| § | |
| *Plaintiff,* § | CIVIL ACTION NO. 9:21-CV-31 |
| § | |
| v. § | |
| § | |
| GEORGIA PACIFIC CORPORATION, § | |
| § | |
| *Defendant.* § | |

## FINAL JUDGMENT

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation filed in this matter on this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is **DISMISSED** with prejudice.

All relief not previously granted is **DENIED.**

**IT IS SO ORDERED.**

**SIGNED** this the 18 day of **October, 2021.**

_____
Thad Heartfield
United States District Judge